

Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

December 26, 2024

**So Ordered this
30th Day of December, 2024.**

*/s/ J. Brendan Day*

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   <u>Luciano v. TIAA, et al., No.: 3:15-cv-06726-RAK (D.N.J.)</u>

Dear Judge Day:

The undersigned is counsel for Plaintiff in the above-captioned litigation. Plaintiff writes, with consent of all parties, to request a minor extension to the current summary judgment schedule.

On October 31, 2024, the Court entered a schedule for summary judgment briefing, which directed the parties to serve their papers on each other and, once briefing was complete, file all papers on CM/ECF. <u>See</u> ECF 233. While that order directed that moving papers be served on November 20, 2024, based upon ETS's request (to which the other parties consented), that deadline was extended to November 26, 2024. <u>See</u> ECF 235. The deadlines for opposition and reply papers were not extended.

In light of the already-granted extension to the moving papers deadline and counsel's preplanned family vacation over the holidays, Plaintiff respectfully requests a short extension of the deadlines for the exchange of opposition and reply papers:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Opposition Papers | January 10, 2025 | January 21, 2025 |
| Reply Papers | January 31, 2025 | February 14, 2025 |

Defendants have consented to the request.

If the foregoing is acceptable to the Court, Plaintiff requests that Your Honor "So Order" this correspondence and enter it on the docket.

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
mfg@njlawfirm.com