**COHN LIFLAND PEARLMAN**
 **HERRMANN & KNOPF LLP**
Peter S. Pearlman
 psp@njlawfirm.com
Matthew F. Gately
 mfg@njlawfirm.com
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423

*Attorneys for Plaintiff and for*
*Proposed Classes and Sub-Classes*
*of All Individuals Similarly Situated*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORRAINE H. LUCIANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT EQUITIES FUND, et al.,<br><br>Defendants. | Civil Action No.: 3:15-cv-06726 (RK-JBD) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF PETER S. PEARLMAN

**PLEASE TAKE NOTICE** that the appearance of Peter S. Pearlman is hereby withdrawn as counsel of record for Plaintiff, in the above-captioned action. Plaintiff will continue to be represented by other counsel from Cohn Lifland Pearlman Herrmann & Knopf LLP and all other counsel of record.

1

Dated: December 31, 2024

Respectfully submitted:

*/s/ Peter S. Pearlman*

Peter S. Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
psp@njlawfirm.com

2