

April 1, 2025

**Raymond A. Kresge**
Direct Phone   215-665-2128
Direct Fax   215-701-2434
rkresge@cozen.com

**VIA ECF**

Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ  08608

Re:   Luciano v. TIAA-CREF, Educational Testing Service, Educational Testing Service Employee Benefits Administration Committee, Civ. No. 15-6726 (RK) (JBD)

Dear Judge Day:

    I represent Defendants Educational Testing Service ("ETS") and ETS Employee Benefits Administration Committee (collectively "ETS Defendants") in the above-captioned action.  The ETS Defendants respectfully request an extension of the deadline for summary judgment reply briefs to April 17, 2025.  Under the current Scheduling Order, the summary judgment reply brief deadline is April 4, 2025.  The ETS Defendants submit this request for an extended deadline of April 17, 2025 based on an illness for undersigned counsel this week.  The ETS Defendants, therefore, submit this request for an extension of the summary judgment reply brief deadline to April 17, 2025 that will apply to all Defendants.  This extension, if granted, would also extend the deadline to April 17, 2025 for Defendants Teachers Insurance and Annuity Association of America-College Retirement Equities Fund, Teachers Insurance and Annuity Association of America, and College Retirement Equities Fund (collectively "TIAA Defendants") to serve reply papers. This extension, if granted, would not impact other scheduled dates or deadlines. Plaintiff and the TIAA Defendants consent to this extension.

    It is, therefore, requested that the Court sign this letter as an Order extending the summary judgment reply brief deadline for all Defendants to April 17, 2025.  All other aspects of the initial Order setting the Summary Judgment briefing schedule, including the "bundling" protocol, remain in effect.

Respectfully submitted,

*/s/ Raymond A. Kresge*
Raymond A. Kresge

It is so ORDERED this \_\_\_\_\_ day of April, 2025.

_____
J. Brendan Day
United States Magistrate Judge

cc:  All Counsel of Record (via ECF)

LEGAL\76612048\1

1010 Kings Highway South  Cherry Hill, NJ 08034
856.910.5000    856.910.5075 Fax    cozen.com
Raymond G. Console attorney responsible for New Jersey practice.