# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORRAINE H. LUCIANO, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA - COLLEGE RETIREMENT EQUITIES FUND, et al.,<br><br>*Defendants*. | Civil Action No.:<br><br>3:15-cv-06726-RK-JBD |

**[PROPOSED]**
**ORDER ON THE ETS DEFENDANTS' MOTION**
**FOR SUMMARY JUDGMENT**

AND NOW on this ___ day of _____, 2025, upon consideration of the Motion of Defendants Educational Testing Service and Educational Testing Service Employee Benefits Administration Committee for Summary Judgment on Counts I, II and III of the Amended Complaint and Plaintiff's opposition thereto, and the Court, having concluded that there is no genuine dispute as to any material fact, and that the ETS Defendants are entitled to judgment as a matter of law, it is hereby ORDERED that:

1. The ETS Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is entered in favor of Defendants Educational Testing Service and Educational Testing Service Employee Benefits Administration Committee and against Plaintiff on Counts I, II and III in the Amended Complaint.

BY THE COURT:

_____
ROBERT KIRSCH
United States District Judge