

**Raymond A. Kresge**
Direct Phone 215-665-2128
Direct Fax   215-701-2434
rkresge@cozen.com

April 15, 2025

**VIA ECF**

Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  Luciano v. TIAA-CREF, Educational Testing Service, Educational Testing Service Employee Benefits Administration Committee, Civ. No. 15-6726 (RK) (JBD)

Dear Judge Day:

I represent Defendants Educational Testing Service ("ETS") and ETS Employee Benefits Administration Committee (collectively "ETS Defendants") in the above-captioned action. The ETS Defendants respectfully request a 5-page extension of the 15-page limit for reply briefs set forth in Local Rule 7.2(b) so that the ETS Defendants may file a 20-page reply brief in support of their motion for summary judgment. The ETS Defendants request this modest 5-page extension of the reply brief page limit so as to be able to submit a full reply to Plaintiff's 40-page response brief. Plaintiff does not consent to this request. Defendants Teachers Insurance and Annuity Association of America-College Retirement Equities Fund, Teachers Insurance and Annuity Association of America, and College of Retirement Equities Fund do consent to this request.

It is, therefore, requested that the Court sign this letter as an Order extending the summary judgment reply brief page limit to 20 pages for the ETS Defendants' reply brief in support of their motion for summary judgment. All other aspects of the initial Order setting the Summary Judgment briefing schedule, including the "bundling" protocol, remain in effect.

Respectfully submitted,

/s/ Raymond A. Kresge
Raymond A. Kresge

It is so ORDERED this 17th day of April, 2025.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record (via ECF)

LEGAL\76612048\2

1010 Kings Highway South  Cherry Hill, NJ 08034
856.910.5000   856.910.5075 Fax   cozen.com
Raymond G. Console attorney responsible for New Jersey practice.